DECHERT LLP
30 Rockefeller Plaza
New York, New York  10112
Telephone:  (212) 698-3500
Facsimile:  (212) 698-3599
H. Jeffrey Schwartz (HJS-4105)
Gary J. Mennitt (GM-1141)
Elise Scherr Frejka (ESF-6896)
Jonathan D. Perry (JP-0863)

KLESTADT & WINTERS, LLP
292 Madison Avenue, 17th Floor
New York, New York  10017
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Tracy L. Klestadt (TK-3591)
Brendan M. Scott (BS-7046)

*Attorneys for the Debtors and Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
In re:                                                           :   Chapter 11
                                                                 :
BAYOU GROUP, LLC, et al.,                                        :   Case No.: 06-22306 (ASH)
                                                                 :
                      Debtors.                                   :   Jointly Administered
                                                                 :
---------------------------------------------------------------- X

### NOTICE OF EXAMINATION BY WRITTEN QUESTIONS OF ADDITIONAL BAYOU INVESTORS WHO ARE NOT ADVERSARY PROCEEDING DEFENDANTS

**PLEASE TAKE NOTICE** that, in accordance with the Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing the Examination By Written Questions of Bayou Investors Who Are Not Adversary Proceeding Defendants dated October 31, 2006, which authorized the above-captioned debtors and debtors-in-possession (the "Debtors") to issue a subpoena or other process to be served by certified mail to compel certain

Bayou investors (identified in a list annexed to the Order as Schedule A) to complete the Bayou Investor Questionnaire (a copy of which was annexed to the Order as Schedule B), and which further authorized the Debtors to issue a subpoena or other process to compel additional Bayou investors to respond to the Bayou Investor Questionnaire without further order of the Court by filing a notice of such intended action with the Court on ten days' notice, the Debtors will issue a subpoena on February 23, 2007, absent an objection, to be served by certified mail, to compel each of the Bayou Investors identified in the list annexed hereto as Schedule A to complete and return the Bayou Investor Questionnaire so as to be received by Debtors' counsel not later than March 26, 2007, by delivery via first-class U.S. mail using the enclosed self-addressed, pre-stamped envelope, or such other means as such Bayou Investor may elect as directed in the subpoena.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the issuance of any such subpoena described in this Notice must be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), Wordperfect or any other Windows-based word processing format (with a hard-copy delivered directly to Chambers), and served in accordance with General Order M-242, and served upon Elise Scherr Frejka, Dechert LLP, 30 Rockefeller Plaza, New York, New York 10112, to allow actual receipt of the foregoing by no later than February 23, 2007 at 4:00 p.m.

Dated: New York, New York
February 13, 2007

                        DECHERT LLP

By: /s/ Elise Scherr Frejka
    H. Jeffrey Schwartz (HJS-4105)
    Gary J. Mennitt (GM-1141)
    Elise Scherr Frejka (ESF-6896)
    Jonathan D. Perry (JP-0863)
    30 Rockefeller Plaza
    New York, New York 10112
    Telephone: (212) 698-3500
    Facsimile: (212) 698-3599

By: /s/ Tracy L. Klestadt
    KLESTADT & WINTERS, LLP
    292 Madison Avenue, 17th Floor
    New York, New York 10017
    Telephone: (212) 972-3000
    Facsimile: (212) 972-2245
    Tracy L. Klestadt (TK-3591)
    Brendan M. Scott (BS-7046)

# Schedule A

Advisory Select Enhanced Opportunity Fund[*]
Agostini, Edward J.
American Masters Opportunity Fund LP
American Masters Opportunity Insurance Fund
Arthur L. Jacobson Sr. Revocable Trust
Astron Multi-Strategy Fund, LP
Beaumont, Steven
Cole, Brian and Pamela
Connecticut Capital Associates
D'Amore, Christopher
Gidwani, Narendra
Gitelman, Hillel J. IRA
Goodman, Esther
Howard Marc
LTD LLC
PinOak Partners LP
Regan, John
Reuben, Graber
Rubin, Jeremy
Sally Jane Maslon Living Trust u/a 9/2/99
Stern Investment Holdings (Bermuda) LTD
Susquehanna Financial Group
Tsabag Charitable Trust
Tact American Fund
Weil, Bennett
Wheeler, William, Jr, IRA

---

[*] Klestadt & Winters, LLP, the Debtors' conflicts counsel, will issue this subpoena and review responses.