UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
                                          :

In re:                            :     Chapter 11
                                            :

BAYOU GROUP, LLC, et al.,       :     Case No.: 06-22306 (ASH)
                                            :

                     Debtors.      :     Jointly Administered
                                            :

----------------------------------------------------------------X

### ORDER DENYING APPLICATION FOR FRBP 2004 EXAMINATION DIRECTING THE PRODUCTION OF DOCUMENTS BY THE DEBTORS AND ENFORCEMENT OF PROTECTIVE ORDER DATED AUGUST 23, 2006

       Upon consideration of the application (the "Application") of Broad-Bussel Family

Limited Partnership, Marie-Louise Michelsohn, Michelle Michelsohn and Herbert Blaine

Lawson, Jr., individually and on behalf of all other persons and entities similarly situated,

seeking entry of an order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure

Directing the Production of Documents by the Debtors and Enforcement of Protective Order

Dated August 23, 2006; the Statement and Limited Objection of the Debtors and Debtors-in-

Possession in Response to the Application; the separate Objections of Hennessee Group, LLC,

Lydian Wealth Management, Altegris Investments, Inc., and Consulting Services Group, LLC to

the Application; the Limited Objection of the Kramer Levin Defendants to the Application; and

the Response to the Statement and Limited Objection of the Debtors and Objections of Non-

Debtor Third Parties; and it appearing that due notice of the Application has been given and no

further notice need be given; and upon the proceedings had before the Court at the hearing held

on April 23, 2007; and good and sufficient cause appearing therefor, it is hereby

       ORDERED, that the Application is denied without prejudice; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: White Plains, New York
      May 11, 2007

/s/ Adlai S. Hardin, Jr.
United States Bankruptcy Judge
